# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00326-CV

**In re Paul Johnson**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Paul Johnson has filed a petition for writ of mandamus, challenging the local administrative court's denial of his request to institute a new suit. *See* Tex. Civ. Prac. & Rem. Code § 11.102(f). Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: June 30, 2023